UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFS INVESTMENTS INC. d/b/a PRIMERICA ADVISORS and PRIMERICA BROKERAGE SERVICES, INC., and PERSHING LLC,<br><br>Plaintiffs in Interpleader,<br><br>vs.<br><br>SHELLEY LOGAN and JUDY AMREIN,<br><br>Defendants in Interpleader. | Case No. 1:26-cv-04553-JLT-FJS<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 35) |

The court, having considered the motion for extension of time to respond to the complaint (ECF No. 35), and good cause appearing therefore, HEREBY ORDERS that the motion is GRANTED. Defendant in Interpleader Shelley Logan's deadline to answer or otherwise respond to the complaint is extended to September 2, 2026.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE